**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COLLIN BAYNES,

                Plaintiff,                22 **CIVIL** 2970 (NSR)(JCM)

      -v-                                 **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 13, 2023, that the Acting Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer the plaintiff the opportunity for a new hearing and submission of additional evidence in support of his claim.

**Dated:**  New York, New York
           January 13, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                       **Clerk of Court**

                              **BY:**      *K. Mango*

                                                       _____
                                                        **Deputy Clerk**